UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:

Todd Jefferies Hamilton
Ann Blackhurst Hamilton

Debtors.

Case No. 17-52528

Chapter 13

Chief Judge Gregory R. Schaaf

**AGREED ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY LOCATED AT 712 SUNNY SLOPE TRACE, LEXINGTON, KY 40514**

This matter is set before the Court upon U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust's ("Movant") Motion for Relief from the Automatic Stay ("Motion") submitted to the Court, which demonstrates that Movant holds a security interest in the real property located at 712 SUNNY SLOPE TRACE, LEXINGTON, KY 40514 ("Property). The parties agree that the Debtors are attempting to sell the property and Movant is giving the Debtors 45 days to do so. It is therefore AGREED that this Court shall grant the Motion for Relief from the Automatic Stay after 45 days of the entry of this order. Movant is authorized to proceed with its State Law rights to liquidate the Property.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Ginger C. Cord
_____
Ginger C. Cord
155 East Main Street, Suite 330
Lexington, KY 40507
Phone: 859.226.0191
GCord@windstream.net
Debtors' Attorney
**(Per Authorization Received on 2/25/20)**

/s/ *Cheryl E James for Trustee*
Hon. Beverly M. Burden
PO Box 2204
Lexington, KY 40588
Notices@Ch13EDKY.com
Phone: 859.233.1527
Chapter 13 Trustee

Pursuant to Local Rule 9022-1(c), Attorney for Movant shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

**DISTRIBUTION LIST**

Ginger C. Cord, Debtors' Counsel
GCord@windstream.net

Beverly M. Burden, Trustee
Notices@Ch13EDKY.com

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Todd Jefferies Hamilton, Debtor
712 Sunny Slope Trace
Lexington, KY 40514

Ann Blackhurst Hamilton, Debtor
712 Sunny Slope Trace
Lexington, KY 40514

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, February 27, 2020**
(grs)