UNITED STATES BANKRUPTCY
COURT EASTERN DISTRICT OF
KENTUCKY LEXINGTON DIVISION

IN RE:
*TODD* JEFFRIES HAMILTON
ANN BLACKHURST
HAMILTON
DEBTORS

CASE NO.: 17-52528
CHAPTER 13

### AGREED ORDER SUSTAINING AMENDED MOTION PERMITTING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS

The debtors, having moved the court to sell a house and lot known as 712 Sunny Slope Trace, Lexington, Kentucky, free and clear of liens for the amount of $195,000, the court having reviewed the file and there being no objections,

IT IS HEREBY ORDERED that the Motion is SUSTAINED.

IT IS ALSO ORDERED that the mortgage to U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust shall be paid in full at the time of closing, per Creditor's payoff statement as of the date of closing. conducted in connection with this order.

IT IS ALSO ORDERED that the sale closing of Debtor's home shall take place no later than thirty (30) days from the date of the entry of this order.

IT IS FURTHER ORDERED that any proceeds after the payment mortgages, liens, costs of sale and the deduction of the debtors' exemption shall be paid to the Chapter 13 Trustee for the benefit of the bankruptcy estate, to be disbursed by the Chapter 13 Trustee as follows:

(a) First, to administrative claimants and costs whose efforts and actions resulted in the recovery of such proceeds benefiting the bankruptcy estate, including but not limited to trustee fees and commissions;

(b) Second, to creditors holding allowed claims entitled to priority under 11

U.S. C. Section 507, pro rata pursuant to 11 U.S.C. Section 1322(a)(2), but excluding compensation to counsel for the Debtors;

(c) Third, to creditors holding general unsecured claims, pro rata:

(d) Fourth, to creditors holding allowed secured claims being paid through the plan, pro-rata.

Copies to:

/s/ Ginger C. Cord
GINGER C. CORD
155 East Main Street, Suite 330
Lexington, KY 40507
Phone: 859-226-0191
Email: GCord@windstream.net

/s/ Cheryl E James, attorney for trustee
BEVERLY M. BURDEN
P.O. Box 2204
Lexington, KY 40588-2204
Phone: 859-233-1527
Email: notices@ch13edky.com

/s/ Jon J. Lieberman
JON J. LIEBERMAN
394 Wards Corner Road, Suite 180
Loveland, OH 45104
Phone: 513-444-4100
Email: bankruptcy@sottileandbarile.com



**FOR INTERNAL INFORMATIONAL PURPOSES ONLY! THIS QUOTE IS INTENDED FOR USE BY FORECLOSURE AND/OR BANKRUPTCY AND LOCAL COUNSEL, AND IS NOT TO BE PROVIDED TO THIRD PARTIES. TO OBTAIN A PAYOFF QUOTE TO BE USED BY BORROWER OR THEIR AUTHORIZED THIRD PARTY, PLEASE CALL BSI TO ORDER A VALID PAYOFF QUOTE.**

May 8, 2020

ANN B HAMILTON
712 SUNNY SLOPE TRCE
LEXINGTON         KY 40514

**RE:  PAYOFF STATEMENT**
**MORTGAGE LOAN #:** ▮▮▮▮▮▮▮
**PROPERTY ADDRESS**: 712 SUNNY SLOPE TRACE
LEXINGTON         KY 40514

Thank you for your inquiry regarding a payoff for this mortgage loan.

The total amount required to pay the loan in full is broken down for you in the payoff calculation below and is good through **05/31/20**.  Please call us if you have any questions.

If your loan is in default, foreclosure activity, including any sale of the property, will continue until the loan is paid in full.

| | |
|---|---:|
| UNMODIFIED UNPAID PRINCIPAL BALANCE | $124,047.45 |
| DEFERRED AMOUNT, IF APPLICABLE | $3,829.65 |
| ESCROW BALANCE (TAXES AND INSURANCE)* | $3,247.70 |
| PRIVATE MORTGAGE INSURANCE (PMI)** | $ 0.00 |
| INTEREST TO **05/31/20** | $12,301.37 |
| PREPAYMENT PENALTY | $ 0.00 |
| UNPAID LATE CHARGE | $ 507.13 |
| UNAPPLIED FUNDS (CREDIT): | $ 0.00 |
|    Bankruptcy Funds | -$ 970.61 |
| UNPAID FEES | $3,336.44 |
|   INCLUDES PENDING FCL/BK FEES AND COSTS $825.00 | |
| LIEN RELEASE PREPARATION FEE (PASS-THROUGH BY A THIRD PARTY) | $ 0.00 |
| LIEN RELEASE RECORDING FEE (PAID TO RECORDING OFFICE) | $ 0.00 |
| PAYOFF STATEMENT | $ 0.00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL ON **05/31/20** | **$146,299.13** |

*Please note that the escrow balance is subject to change if there are any escrow disbursements after this quote has been generated. Please contact our office **at least 24 hours prior to sending any payoff funds** toll-free at 1-800-327-7861 to confirm the total payoff amount.

**These figures may not total correctly if the loan has PMI.  If this loan has a positive escrow balance and PMI is due prior to the expiration date of this payoff quote, the PMI amount is listed for your reference and PMI payment will be made using the positive escrow funds available.  This PMI amount will not be factored into the total amount due to payoff this loan.  The PMI amount will only be factored into the total amount due to payoff this loan if there are



*insufficient funds in the escrow account to pay the PMI installment.  The Total Amount to Pay the Loan in Full is the payoff amount listed through the date provided.*

The amount owed may change between the date of this letter and the date that the loan is paid off.  The next payment on this loan is due **February 1, 2019**.  The scheduled payment is **$1016.26**, which includes a Principal and Interest Payment of **$780.23** and an Escrow Payment of **$236.03.**  Additionally, payoff figures will be adjusted if any check or money order previously received is rejected by the institution upon which it is drawn.

Please submit your payoff via **certified funds or wire transfers** to **BSI FINANCIAL SERVICES.  CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY.**  Funds received after 3:30 P.M. (ET) on **05/31/20** will require additional interest of **$24.1203** per day.  Mail Certified Funds to:

>  **BSI FINANCIAL SERVICES**
> 314 S. FRANKLIN STREET/P.O. BOX 517
> TITUSVILLE, PA 16354
> **ATTN: CASHIERING**

Wire instructions are as follows:

> Bank: Texas Capital Bank
> Beneficiary: BSI Payment in Process Clearing Account
> 2000 McKinney Ave, Suite 700
> Dallas, TX  75201
> ABA: ▇▇▇▇▇▇▇
> Account Number: ▇▇▇▇▇▇▇
> Final Credit To:  **Payments/Cashiering**
> Reference Information: Loan Number, Borrower Name and Property address

Failure to include the above information on the wire advice may cause a delay in posting the funds. BSI will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received. If you have any questions regarding the wire instructions listed here, **contact our office at 1-800-327-7861**.

- ISSUANCE OF THIS STATEMENT DOES NOT SUSPEND YOUR CONTRACTUAL REQUIREMENT TO MAKE THE MORTGAGE PAYMENTS WHEN THEY ARE DUE.  A LATE CHARGE OF $**.00** WILL BE ADDED TO THE PAYOFF TOTAL IF RECEIVED AFTER THE EXPIRATION OF YOUR GRACE PERIOD.



- THIS LOAN MUST BE KEPT CURRENT WHILE THIS STATEMENT IS PENDING, OR LATE CHARGES WILL BE ASSESSED.

- IF YOUR LOAN IS IN DEFAULT, FORECLOSURE ACTIVITY, INCLUDING ANY SALE OF THE PROPERTY, WILL CONTINUE UNTIL THE LOAN IS FULLY REINSTATED OR PAID IN FULL.

- AFTER THE FUNDS HAVE BEEN APPLIED AND THE LOAN SHOWS PAID IN FULL, A LIEN RELEASE OR FULL RECONVEYANCE WILL BE PREPARED AND SENT TO THE COUNTY RECORDER WHERE THE PROPERTY IS LOCATED.

- BENEFICIARY OF RECORD:  US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

- REPRESENTATIVE/ASSIGNEE/SERVICING AGENT:  Servis One, Inc. dba BSI Financial Services

Sincerely,
BSI Financial Services
Payoff Department
NMLS # 38078; 1195811

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, May 11, 2020**
(grs)